**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

        Plaintiff,　　　　　　　　　　Civ. No. 11-62 (RHK/JJK)
　　　　　　　　　　　　　　　　　　　　**ORDER**
v.

Joanna Bame, *et al*,

        Defendants.

---

This matter is before the Court *sua sponte*.

The United States filed suit against Joanna Bame and the several other Defendants on January 10, 2011, alleging fraudulent conveyance, money had and received, and unjust enrichment. On May 9, 2012, Defendants filed a Motion for Summary Judgment (Doc. No. 60), noticing its Motion for a hearing on June 20, 2012. On May 18, 2012, the United States filed its own Motion for Summary Judgment (Doc. No. 66), noticing its Motion for a hearing on June 29, 2012. The Court believes these dispositive Motions should not be separately briefed and should be treated as cross-motions and heard together.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED**:

　　1.　The hearing on Defendant's Motion for Summary Judgment, currently scheduled for June 20, 2012, is **CONTINUED** to June 29, 2012, at 8:00 a.m. in

Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota;

2. The following briefing schedule shall apply to the parties' Motions: responsive briefs shall be served and filed no later than June 8, 2012. No replies—whether by memorandum, affidavit, letter, or otherwise—will be permitted absent further Order of the Court; and

3. The Parties' briefs shall conform to the word limitations provided in Local Rule 7.1(d)—that is, the total number of words in each party's briefs (combined) shall not exceed 12,000.

Date: May 22, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge