# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |  |
|---|---|---|---|
| United States of America, | ) | COURT MINUTES – CIVIL | |
| | ) | BEFORE:  JEFFREY J. KEYES | |
| | ) | U.S. MAGISTRATE JUDGE | |
| Plaintiff, | ) | | |
| | ) | Civil No: | 11cv00062 JRT/JJK |
| v. | ) | Date: | December 11, 2013 |
| | ) | Courtroom: | 6A St. Paul |
| Joanna Bame, et al., | ) | Recording: | 12-11-13 6:17-6:24 |
| | ) | Time Commenced: 2:00 p.m. | |
| Defendant. | ) | Time Concluded: | 6:30 p.m. |
| | ) | Time in Court: | 4 Hours & 30 Minutes |
| | ) | | |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

Plaintiff:   Daniel A. Applegate/Scott Clark, US Department of Justice, Tax Division

Defendant:  Adam S. Huhta, Huhta Law Firm, PLLC; Eric J. Magnuson, Robins Kaplan Miller & Ciresi LLP

**PROCEEDINGS:**

**X**     Settlement reached.  (Not Confidential) Terms stated on the record.

☐     No settlement reached.

**Other Remarks:**

The parties should bring any dispute about minor terms of the settlement to the Court for resolution.

   s/ *Jackie Phipps*
Judicial Assistant